UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MICHAEL H. JOHNSON, JR., | Case No. 11-CV-1254 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE SASCO 2007 MLN1 TRUST FUND, | |
| Defendant. | |

---

Moshe Mortner, THE MORTNER LAW OFFICE, PC, and Paul J. Bosman, BITTLE BOSMAN LLC, for plaintiff.

Jared M. Goerlitz and Steven H. Bruns, PETERSON, FRAM & BERGMAN, P.A., for defendant.

Based on all of the files, records, and proceedings herein, and for the reasons stated on the record at the September 20, 2011 hearing, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss [Docket No. 3] is DENIED.

2. Plaintiff's motion for preliminary injunction and judgment on the pleadings [Docket No. 17] is DENIED.

Dated: September 20, 2011    s/Patrick J. Schiltz
                             Patrick J. Schiltz
                             United States District Judge