# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Michael H. Johnson, Jr., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Wells Fargo Bank, N.A., | Case No: 11-CV-1254 (PJS/JJG) |
| | Date: September 7, 2012 |
| Defendant. | Deputy: C. Glover |
| | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 8:59 a.m. |
| | Time Concluded: 9:56 a.m. |
| | Time in Court: Hours & 57 Minutes |

Hearing on: **Defendant's Motion for Summary Judgment [Docket No. 31]**

APPEARANCES:

    Plaintiff:    Moshe Mortner, Paul Bosman
    Defendant:    Jared Goerlitz

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Motion taken under advisement, written order forthcoming.

                                                  s/C. Glover
                                                 Courtroom Deputy