**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 11-CV-01254 PJS/JJG**

Michael H. Johnson, Jr.,

                Plaintiff,

v.

Wells Fargo Bank, N.A., as trustee for the Holders of the SASCO 2007 MLN1 Trust Fund,

                Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Michael H. Johnson, Jr., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order [ECF No. 54] granting Defendant's motion for summary judgment [ECF No. 31] and dismissing with prejudice Plaintiff's complaint on the merits [ECF No. 1-3], entered in this action on December 3, 2012.

Dated: January 1, 2013

By _____
Moshe Mortner, Admitted Pro Hac Vice
The Mortner Law Office, PC
40 Wall Street, 28h Floor
New York, NY 10005
646-820-8770

By _____/s/_____
Paul J. Bosman, I.D. No. 388865
Bittle Bosman LLC
Park Place East
5775 Wayzata Blvd., Ste. 700
St. Louis Park, MN 55416
952-582-2900