# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL OF APPEAL

**Date:** January 2, 2013
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Mandy Price, Deputy Clerk

**In Re:** District Court Case No.:   0:11-cv-01254-PJS-JJG
Eighth Circuit Case No.:
Case Title:   Johnson v. Wells Fargo Bank, N.A.

---

The statutory filing fee has:

  __x__  been paid, receipt # 0864-3400465.
  _____  not been paid as of 1/2/13.     IFP _____ is _____ is not   pending.
  _____  been waived because:
             _____ Application for IFP Granted           _____ USA filed appeal

Length of Trial:   _____ days

Was a court reporter utilized?                                __x__ Yes   _____ No

   If yes, please identify the court reporter:
   Name:      Debra Beauvais
   Address:   300 S. 4th Street
              Minneapolis, MN 55415

   Phone:     (612) 664-5102

  __x__  Forms A & B were not received; please see attached forms.

  _____  Forms A & B were given to counsel at the counter.

  _____  Completed Form A enclosed in transmittal letter.

  _____  Original file(s), consisting of _____ file(s) and _____ expandable(s)

  __x__  Transcript(s):

| | Volume | Date | Proceeding |
|---|---|---|---|
| 1 | 1 | 07/26/12 | 09/20/2011 Motion Hearing |